UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICK NELSON,

        Plaintiff,

v.

Case No.: 6:23-cv-02474-WWB-RMN

HIDDEN OAKS LLC D/B/A MEDICI MEDIA and TIMOTHY MUCCIANTE,

        Defendants.
_____/

## UNOPPOSED MOTION OF CHARLES B. JIMERSON, ESQ. AND NATASHA V. FISHER, ESQ. TO WITHDRAW AS COUNSEL FOR DEFENDANTS HIDDEN OAKS LLC d/b/a MEDICI MEDIA AND TIMOTHY MUCCIANTE

Pursuant to Rule 2.02(c), Local Rules of the United States District Court for the Middle District of Florida, Charlie B. Jimerson, Esq. and Natasha V. Fisher, Esq. ("Counselors"), for Defendants, Hidden Oaks LLC d/b/a Medici Media and Timothy Mucciante, (together, "Defendants"), hereby move this Honorable Court to permit the Counselors to withdraw as counsel for Defendants in the above-captioned matter ("Motion") and as grounds states the following:

1. On August, 12, 2024, Stewart J. Subjinski, Esq., former colleague of Natasha V. Fisher Esq. and current colleague of Charles B. Jimerson, Esq., filed the Unopposed Motion of Jimerson Birr, P.A. to Withdraw as Counsel for Defendants

1

Hidden Oaks LLC d/b/a Medici Media and Timothy Mucciante, ECF 19 ("First MTW").

2. The Court held a hearing on the First MTW on August 21, 2024. At the hearing, Mr. Subjinski explained that all counselors for Defendants had provided notice to Defendants and Plaintiff's counsel of their need to withdraw, and were requesting withdrawal, but the written filing did not contain motions from Ms. Fisher and Mr. Jimerson as required by the Local Rules.

3. The Court granted Mr. Subjinski's withdrawal, and informed Mr. Subjinski that individual withdrawal for all counselors must be filed to effectuate their withdrawal under the Local Rules.

4. This Motion is filed to satisfy the Local Rules and request withdrawal of Ms. Fisher and Mr. Jimerson in this matter previously requested.

5. As set forth in the First MTW, irreconcilable differences arose between Defendants and the Counselors, whereby it became impossible for the Counselors to effectively further represent Defendants in this cause of action.

6. Counselors notified Defendants of Counselors' need to withdraw on July 17, 2024.

7. Counselors certify that it has discussed this matter with Counsel for Plaintiff in accordance with Local Rule 3.01(g), United States District Court for the Middle District of Florida. Plaintiff does not object to the withdrawal of Counselors

requested herein. Counselors notified Defendants of its intent to withdraw and has copied Defendants with this motion.

8. Sufficient grounds exist, consistent with Florida Rule of Professional Conduct 4-1.16(b), to permit Counselors to withdraw as counsel of record for Defendants. The entry of an order granting the withdrawal will not prejudice any party because counsel for Plaintiff does not object to this Motion.

9. Upon withdrawal, undersigned counsel requests any further notices regarding this action be provided to Defendants at the address enclosed in the certificate of service below.

WHEREFORE, Charlie B. Jimerson, Natasha V. Fisher, and the law firm of Jimerson Birr, P.A., respectfully requests the Court to enter an order permitting them to withdraw as counsel for Defendants, Hidden Oaks LLC d/b/a Medici Media and Timothy Mucciante, and granting all other and further relief this Court deems just and proper.

By: _/s/ N. Fisher_____
Natasha V. Fisher
Florida Bar No. 1049798
natasha.v.fisher@outlook.com
*Attorney for Defendants Hidden Oaks LLC d/b/a Medici Media and Timothy Mucciante*

**JIMERSON BIRR, P.A.**

By: _____
Charles B. Jimerson
Florida Bar No. 21750
cjimerson@jimersonfirm.com
One Independent Drive
Suite 1400
Jacksonville, FL 32202
Telephone: (904) 389-0050
Facsimile: (904) 212-1269
kathrynv@jimersonfirm.com
fileclerk@jimersonfirm.com
*Attorneys for Defendants Hidden Oaks LLC d/b/a Medici Media and Timothy Mucciante*

## CERTIFICATE OF NOTICE OF WITHDRAWAL TO CLIENT

I CERTIFY that on July 17, 2024, I gave Defendants notice of my need to withdraw from this matter and Defendants did not object.

*/s/ Stewart J. Subjinski, Esq._(prior counsel)_____*
Attorney

## CERTIFICATE OF CONFERRAL

I CERTIFY that on August 7, 2024, I conferred with Plaintiff's counsel about this Motion and Plaintiff's counsel did not object to the Motion.

*/s/ Stewart J. Subjinski, Esq._(prior counsel)_____*
Attorney

## **CERTIFICATE OF SERVICE**

I CERTIFY that on January 20, 2025, the foregoing document was filed with the Clerk of Court via the CM/ECF system, causing it to be served on Plaintiff's counsel of record, and served Defendants via electronic mail at the following address:

Timothy Mucciante
1098 Ann Arbor Rd #330
Plymouth, MI 48170
mucciante@gmail.com

*/s/ Stewart J. Subjinski, Esq.  (prior counsel)*