**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PATRICK NELSON,**

    **Plaintiff,**

v.                                                                  Case No.:  6:23-cv-02474-WWB-RMN

**HIDDEN OAKS, LLC d/b/a**
**MEDICI MEDIA, and**
**TIMOTHY MUCCIANTE,**
an individual,

    **Defendant.**
_____/

**RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff, Patrick Nelson, by counsel, responds to the Court's January 24, 2025 Order (D.E. 33) as follows:

1. Plaintiff, in consultation with counsel, has determined that continued prosecution of the instant action is not in his best interests.

2. In particular, Plaintiff has concluded that continuing to pursue this action will not result in a collectible judgment.

3. Accordingly, Plaintiff does not oppose the Court's dismissal of the action.

Dated: February 5, 2025.

Respectfully submitted,

*/s/ Ashwin R. Trehan*
Ashwin R. Trehan
Florida Bar No. 42675
**CANTRELL SCHUETTE**
401 E. Jackson St., Suite 2340
Suite 2340
Tampa, Florida 33602
Main No.: 813-705-6275
Direct No.: 813-519-0791
Email: atrehan@wfclaw.com
Email: paralegal@wfclaw.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of February, 2025, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Ashwin R. Trehan*
**ASHWIN R. TREHAN**

2